IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CR-121-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ELLIOT PHILLIP ROSENBERG, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by Charles L. Morgan, Jr., concerning Annabelle H. Nahra on July 2, 2014. Ms. Annabelle H. Nahra seeks to appear as counsel *pro hac vice* for Defendant Elliot Phillip Rosenberg. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED.** Ms. Annabelle H. Nahra is hereby admitted *pro hac vice* to represent Defendant Elliot Phillip Rosenberg.

**SO ORDERED**.

Signed: July 2, 2014

David C. Keesler
United States Magistrate Judge