IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:14cr121-MOC-DCK

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                       )
                                             )        CONSENT ORDER AND
      v.                                     )        JUDGMENT OF FORFEITURE
                                             )        PENDING RULE 32.2(c)(2)
ELLIOT PHILLIP ROSENBERG,                    )
                                             )
            Defendant.                       )

        BASED UPON the Defendant's plea of guilty and finding that there is a nexus between
the property listed below and the offense(s) to which the Defendant has pled guilty and that the
Defendant (or any combination of Defendants in this case) has or had a possessory interest or
other legal interest in the property, IT IS HEREBY ORDERED THAT:

        1.      The following property is forfeited to the United States pursuant to 18 U.S.C. §§§
981(a)(1)(C), 982(a)(1), 982(a)(8), and/or 28 U.S.C. § 2461(c), provided, however, that
forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. §
853(n), pending final adjudication herein:

   • **A forfeiture money judgment in the amount of $7,000,100, such amount constituting
     the proceeds of offenses set forth in the Bill of Indictment.**

        2.      If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n),
and/or other applicable law, the United States shall publish notice and provide direct written
notice of forfeiture.

        3.      Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States
Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of
the property, including depositions, interrogatories, and requests for production of documents,
and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

        4.      A forfeiture money judgment shall be included in the defendant's sentence, and
the United States may take steps to collect the judgment from any property of the defendant,
provided, the value of any forfeited specific assets shall be credited toward satisfaction of this
money judgment upon liquidation.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. §§§ 981(a)(1)(C), 982(a)(1), 982(a)(8), and/or 28 U.S.C. § 2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

JILL WESTMORELAND ROSE
~~ANNE M. TOMPKINS~~
UNITED STATES ATTORNEY


_Benjamin Bain-Creed for_
PATRICK DONLEY, ESQ.
Assistant United States Attorney


Signed this the 28 day of Jan, 2016


ELLIOT PHILLIP ROSENBERG
Defendant


C. MELISSA OWEN, ESQ.
Attorney for Defendant


UNITED STATES _____ JUDGE